UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MERVIN DAVID ARCAYA-BERMUDEZ,
(A-Number: 245-127-471)

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY
IMMIGRATION PROCESSING CENTER,
et al.,

Respondents.

No.  1:26-cv-03123-KES-FJS (HC)

FINDINGS AND RECOMMENDATION TO
GRANT PETITION FOR WRIT OF HABEAS
CORPUS

[ECF No. 1]

[10-DAY OBJECTION DEADLINE]

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He filed the instant petition on April 24, 2026, challenging his re-detention by the Department of Homeland Security ("DHS"). (ECF No. 1.) On April 28, 2026, Respondents filed an answer to the petition. (ECF No. 5.) Respondents present the same legal arguments this court previously rejected. *See Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025); *Clene C.D. v. Robbins*, No. 1:25-CV-01463-KES-SKO (HC), 2026 WL 84302 (E.D. Cal. Jan. 12, 2026); *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025). (ECF No. 7.) Because Respondents have not made any new legal arguments or identified any

factual or legal issues that distinguish the case from the court's prior decisions noted above, the court recommends declining to stay the petition, granting the petition, and ordering Petitioner's immediate release.

RECOMMENDATION

For the foregoing reasons, the court hereby RECOMMENDS that the petition for writ of habeas corpus be GRANTED, Respondents' request to stay proceedings be DENIED, and Respondents be ORDERED TO RELEASE Petitioner.

These findings and recommendation are submitted to the United States district court judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within ten (10) days after being served with a copy of these findings and recommendations a party may file written objections with the court and serve a copy on all parties. *Id*. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The court will not consider exhibits attached to the objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. The district judge may disregard any pages filed in excess of the fifteen (15) page limitation. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

UNITED STATES MAGISTRATE JUDGE

2