UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MERVIN DAVID ARCAYA-BERMUDEZ
(A-Number: 245-127-471),

Petitioner,

v.

WARDEN OF CALIFORNIA CITY
IMMIGRATION PROCESSING CENTER,
et. al,

Respondents.

No.  1:26-cv-03123-KES-FJS (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS, AND REQUIRING IMMEDIATE
RELEASE

Doc. 1

Petitioner Mervin David Arcaya-Bermudez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 10.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days after service.  On May 18, 2026, respondents filed a one sentence objection, objecting "for the same reasons advanced in Respondents' earlier filing."  Doc. 11.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1.  The findings and recommendations, Doc. 10, are ADOPTED in full.

2.  The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3.  Respondents are ORDERED to release petitioner Mervin David Arcaya-Bermudez (A-Number: 245-127-471) immediately.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

4.  Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

5.  The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

6.  The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:    May 20, 2026    _____
UNITED STATES DISTRICT JUDGE

2